NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,**
*Plaintiff-Appellee*

**v.**

**ONESTA IP, LLC,**
*Defendant-Appellant*

---

2026-1338

---

Appeal from the United States District Court for the Western District of Texas in No. 6:25-cv-00581-ADA, Judge Alan D. Albright.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of ECF No. 11 in light of the court's dismissal of this matter,

2  BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT v.
ONESTA IP, LLC

IT IS ORDERED THAT:

ECF No. 11 is denied as moot.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 20, 2026
Date